UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

Claudine Cenescar, Debtor

**Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.:        19-23023-VFP

CHAPTER:        13

Judge: Vincent F. Papalia

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

On  November 9, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to unclaimed funds for Claudine Cenescar, debtor, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $3,038.72  held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 19-23023-VFP

Claudine Cenescar                                                   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudine Cenescar, 954 Salem Road, Union, NJ 07083-7575 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | |
| | on behalf of Creditor Deutsche Bank National Trust Company ajennings@rasflaw.com |
| Andrew Micklin | |
| | on behalf of Debtor Claudine Cenescar Andrew@southjerseylawyers.com  ardithreeve@comcast.net |
| Harold N. Kaplan | |
| | on behalf of Creditor Deutsche Bank National Trust Company hkaplan@rasnj.com  informationathnk@aol.com |
| Janelly Landa | |
| | on behalf of Creditor First Associates Loan Servicing  LLC as servicing agent for Condor Holdco Securitization Trust jlanda@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Jason Brett Schwartz | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Jason Brett Schwartz | |

on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com

Marie-Ann Greenberg

magecf@magtrustee.com

Shauna M Deluca

on behalf of Creditor Deutsche Bank National Trust Company sdeluca@rasflaw.com

Sindi Mncina

on behalf of Creditor Deutsche Bank National Trust Company smncina@rascrane.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10